James J. Foster
jfoster@princelobel.com
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Attorneys for Plaintiff

Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (pro hac vice)
Doug Winnard (CA Bar No. 275420)
Emma C. Ross (pro hac vice)
Lauren Abendshien (pro hac vice)
Shu Zhang (pro hac vice)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
200 S. Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
dwinnard@goldmanismail.com
eross@goldmanismail.com
labendshien@goldmanismail.com
szhang@goldmanismail.com

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNILOC 2017 LLC, | ) | Case No.: 3:19-cv-01905-JD |
|---|---|---|
| Plaintiff, | ) ) | JOINT STIPULATION |
| v. | ) ) | |
| APPLE INC., | ) ) | |
| Defendant. | ) ) | |

1. The Second Amended Scheduling Order, Dkt. No. 142, provides the following dates with regard to experts:

| | |
|---|---|
| Expert Disclosures (Initial) | November 17, 2020 |
| Expert Disclosures (Rebuttal) | December 18, 2020 |
| Reply Expert Reports | January 8, 2021 |
| Close of Expert Discovery | January 22, 2021 |

2. The Court has scheduled a claim construction hearing for November 12, 2020. The Court also has pending Apple's motion to strike portions of Uniloc's infringement contentions, the

1  outcome of which may impact the products and features that will be the subject of expert reports
2  and discovery, and/or require further fact discovery. Dkt. No. 101.

3  3. To avoid unnecessary work and expense on the part of the parties and their retained
4  experts, and to reduce the possibility for unnecessary future motion practice, the parties desire to
5  temporarily vacate the above expert-related dates, discuss the pending issues with the Court at the
6  November 12 *Markman* hearing and submit, promptly thereafter, a revised schedule for the above
7  expert deadlines, which schedule will take into consideration the Court's anticipated timetable for
8  resolving the issues of claim construction and infringement contentions.

9  4. The parties will work diligently to ensure that, unless directed otherwise by the
10  Court, the trial date set by the Court is not impacted by this stipulation.

11  It is therefore STIPULATED, subject to the approval of the Court, that the current
12  deadlines for expert disclosures, expert reports, and expert discovery be vacated, to be reset by the
13  Court after the November 12, 2020, claim construction hearing.

14  Pursuant to Civil L.R. 5-1(i)(3), agreement to file this document was obtained from
15  Michael Pieja, counsel for Apple Inc., on October 15, 2020.

Date: October 15, 2020      Respectfully submitted,

*/s/ James J. Foster*
James J. Foster
jfoster@princelobel.com
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Attorneys for Plaintiff


*/s/ Michael T. Pieja*
Doug Winnard (CA Bar No. 275420)
Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice*)
Emma C. Ross (*pro hac vice*)
Lauren Abendshien (*pro hac vice*)
Shu Zhang (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP

|   |   |
|---|---|
| 1 | 200 S. Wacker Dr., 22nd Floor |
|   | Chicago, IL 60606 |
| 2 | Tel: (312) 681-6000 |
|   | Fax: (312) 881-5191 |

200 S. Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
dwinnard@goldmanismail.com
eross@goldmanismail.com
labendshien@goldmanismail.com
szhang@goldmanismail.com

Kenneth Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
429 Santa Monica Boulevard, Suite 710
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (310) 382-9974
kbaum@goldmanismail.com

*Attorneys for Defendant Apple Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____   */s/* _____