UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: November 12, 2020                                          Judge: Hon. James Donato

Time: 1 Hour & 32 Minutes

Case No.      **C-19-01905-JD**
Case Name     **Uniloc 2017 LLC v. Apple Inc.**

Attorney(s) for Plaintiff(s):    James J. Foster/Thomas R. Fulford
Attorney(s) for Defendant(s):    Michael Pieja/Douglas Winnard/Shu (Shaun) Zhang

Deputy Clerk: Lisa R. Clark                                      Court Reporter: Ruth Ekhaus

PROCEEDINGS

Claim Construction Hearing -- Held (by Zoom webinar)

NOTES AND ORDERS

The Court takes the claim construction under submission. The parties are directed to email their demonstrative slides to Ms. Lisa Clark at jdcrd@cand.uscourts.gov.