Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice*)
Doug Winnard (CA Bar No. 275420)
Emma C. Ross (*pro hac vice*)
Lauren Abendshien (*pro hac vice*)
Shu Zhang (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
dwinnard@goldmanismail.com
arima@goldmanismail.com
eross@goldmanismail.com
labendshien@goldmanismail.com
szhang@goldmanismail.com

(Additional counsel listed in signature block)

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No.        3:19-cv-01905-JD<br><br>**NOTICE OF WITHDRAWAL OF LAUREN ABENDSHIEN AS COUNSEL OF RECORD FOR APPLE INC.**<br><br>JUDGE:        Hon. James Donato |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Lauren Abendshien, of Goldman Ismail Tomaselli Brennan & Baum LLP, hereby withdraws as counsel of record Defendant Apple Inc. The basis for the withdrawal is that effective January 1, 2021, Ms. Abendshien will no longer be with the firm of Goldman Ismail Tomaselli Brennan & Baum LLP. Other counsel of record will continue to represent Defendant, and all orders and other papers should continue to be served on Goldman Ismail Tomaselli

1  Brennan & Baum LLP. The requested withdrawal will not prevent Defendant from meeting existing

2  deadlines or proceeding in this case.

3

4  DATED:  December 30, 2020                    Respectfully submitted,

5

6                                    _/s/ Lauren Abendshien_____
   Michael T. Pieja (CA Bar No. 250351)
7  Alan E. Littmann (*pro hac vice*)
   Doug Winnard (CA Bar No. 275420)
8  Emma C. Ross (*pro hac vice*)
   Lauren Abendshien (*pro hac vice*)
9  Shu Zhang (*pro hac vice*)
   GOLDMAN ISMAIL TOMASELLI
10   BRENNAN & BAUM LLP
   200 S. Wacker Dr., 22nd Floor
11 Chicago, IL 60606
   Tel: (312) 681-6000
12 Fax: (312) 881-5191
   mpieja@goldmanismail.com
13 alittmann@goldmanismail.com
   dwinnard@goldmanismail.com
14 eross@goldmanismail.com
   labendshien@goldmanismail.com
15 szhang@goldmanismail.com

16

17 Kenneth Baum (CA Bar No. 250719)
   GOLDMAN ISMAIL TOMASELLI
18   BRENNAN & BAUM LLP
   429 Santa Monica Boulevard, Suite 710
19 Santa Monica, CA 90401
   Tel: (310) 576-6900
20 Fax: (310) 382-9974
   kbaum@goldmanismail.com
21

22

23 *Attorneys for Defendant Apple Inc.*

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### <u>PROOF OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of **NOTICE OF WITHDRAWAL OF LAUREN ABENDSHIEN AS COUNSEL OF RECORD FOR APPLE INC.** has been served on December 30, 2020, to all counsel of record who are deemed to have consented to electronic service.

*/s/ Lauren Abendshien*

Lauren Abendshien (*pro hac vice*)