UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Civil Action No.  3:19-cv-01905-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY PENDING APPEALS** |

Before the Court is Plaintiff's Motion to Stay pending appeal of this District's decision regarding Uniloc 2017 LLC's lack of standing in *Uniloc 2017 LLC v. Google LLC* (various cases); this District's decision regarding Uniloc USA, Inc.'s and Uniloc Luxembourg S.A.'s lack of standing in *Uniloc USA, Inc. et al v. Apple Inc.* (Case No. 18-358); and the District of Delaware's decision regarding Uniloc USA, Inc.'s and Uniloc Luxembourg S.A.'s lack of standing in *Uniloc USA, Inc. et al. v. Motorola Mobility LLC* (Case No. 17-1658).  For the reasons stated therein, the Court GRANTS the Motion.

It is therefore **ORDERED** that the case be stayed until further order from the Court.  The Parties are directed to notify this Court within seven days of the issuance of the last of such decisions on the above appeals by the United States Court of Appeals for the Federal Circuit.

SIGNED this _____ day of January, 2021.

_____