1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 3:19-cv-01905-JD<br><br>**DECLARATION OF DOUG WINNARD IN SUPPORT OF DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR RELIEF FROM PROTECTIVE ORDER**<br><br>JUDGE: Hon. James Donato |

## DECLARATION OF DOUG WINNARD

I, Doug Winnard, hereby declare:

1.  I am an attorney at Goldman Ismail Tomaselli Brennan & Baum LLP. I represent Apple Inc. ("Apple") in these matters. Pursuant to Civil L.R. 79-5(e), I submit this declaration in support of Apple's Administrative Motion for Relief from Protective Order.

2.  I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the statements in this declaration.

3.  In response to discovery requests in this case, Uniloc and third parties (Hewlett Packard Enterprise and Fortress Investment Group ("Fortress")) produced documents that it designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order entered in this case on September 10, 2020 (Dkt. No. 137).

4.  Apple and Intel Corporation ("Intel") intend to file an amended complaint in *Intel Corp. v. Fortress Investment Group, et al.*, 3:19-cv-07651-EMC (N.D. Cal.) to which Apple and Intel will attach documents designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" as referenced above.

5.  Apple seeks limited relief from the protective order in the instant action to file these documents under seal.

6.  I contacted counsel for Uniloc and Fortress, James J. Foster on January 21, 2021, via e-mail and again on January 22, 2021, via e-mail to request agreement to Apple's disclosure of the confidential information. On January 22, 2021, Mr. Foster responded via e-mail and objected to Apple's request.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 25, 2021, in Winnetka, Illinois.

*/s/ Doug Winnard*
Doug Winnard (CA Bar No. 275420)