1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

UNILOC 2017 LLC,

            Plaintiff,

    v.

APPLE INC.,

            Defendant.

Case No.    3:19-cv-01905-JD

**[PROPOSED] ORDER GRANTING**
**DEFENDANT APPLE INC.'S**
**ADMINISTRATIVE MOTION FOR**
**RELIEF FROM PROTECTIVE ORDER**

Having considered Defendant Apple Inc.'s ("Apple") Motion for Relief from Protective Order, and finding good cause therefor, the Motion is GRANTED.

**IT IS HEREBY ORDERED THAT** permission be granted (1) to Apple to share on an Outside Attorneys' Eyes Only basis the following information and documents with counsel for Apple and Intel Corporation ("Intel") in *Intel Corp. v. Fortress Investment Group, et al.*, 3:19-cv-07651-EMC (N.D. Cal.) ("Antitrust Litigation") and (2) for counsel for Apple and Intel in the Antitrust Litigation to file under seal in the Antitrust Litigation portions of the following documents and the information contained in them:

- The price paid by Uniloc Luxembourg S.A. to acquire the portfolio that includes the '616 patent, as reflected in its Patent Sale Agreement with Hewlett Packard Enterprise Development, LP and Hewlett Packard Enterprise Company (UNILOC_APPLE_1905_3559–UNILOC_APPLE_1905_3573).

- The strategy of Uniloc entities and Fortress to acquire patents for the purpose of seeking supracompetitive royalties, as reflected in Fortress memoranda analyzing Uniloc and its acquisition and assertion strategies (UNILOC_APPLE_358_1023–34; UNILOC_FORTRESS_000050–132; UNILOC_FORTRESS_000392–440; UNILOC_ FORTRESS_000441–51; UNILOC_FORTRESS_000452–86).

- The damages demands made by Uniloc for U.S. Patent No. 6,856,616, as reflected in Uniloc's Patent Local Rule 3-8 Disclosures in this matter.

DATED: _____, 2021        _____

Hon. James Donato
United States District Judge