1  **IRELL & MANELLA LLP**
   Michael D. Harbour (298185)
2  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
3  Telephone: (310) 277-1010
   Facsimile:  (310) 203-7199
4  Email: mharbour@irell.com

5  Counsel for Non-Party
   FORTRESS INVESTMENT GROUP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNILOC 2017 LLC, | Case No. 3:19-cv-01905-JD |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF MICHAEL D. HARBOUR ON BEHALF ON NON-PARTY FORTRESS INVESTMENT GROUP LLC** |
| v. | |
| APPLE INC., | |
| Defendant. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE THAT** the following attorney hereby appears in this action as counsel of record for non-party Fortress Investment Group LLC:

> Michael D. Harbour (298185)
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, California 90067-4276
> Telephone: (310) 277-1010
> Facsimile: (310) 203-7199
> Email:  mharbour@irell.com

Please serve copies of all notices and documents issued by the Court or filed by the parties upon the above-listed attorney.

Dated:  January 25, 2021                    Respectfully submitted,


                                            IRELL & MANELLA LLP



                                            By:   */s/ Michael D. Harbour*
                                                  *Counsel for Non-Party*
                                                  FORTRESS INEVSTMENT GROUP LLC

10909394

- 1 -

NOTICE OF APPEARANCE
Case No. 5:17-CV-05671-BLF