1  **IRELL & MANELLA LLP**
   Michael D. Harbour (298185)
2  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
3  Telephone: (310) 277-1010
   Facsimile: (310) 203-7199
4  Email: mharbour@irell.com

5  Counsel for Non-Party
   FORTRESS INVESTMENT GROUP LLC

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 3:19-cv-01905-JD<br><br>**DECLARATION OF MICHAEL D. HARBOUR IN SUPPORT OF NON-PARTY FORTRESS INVESTMENT GROUP LLC'S OPPOSITION TO APPLE'S REQUEST FOR RELIEF FROM PROTECTIVE ORDER** |

Michael Harbour, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Fortress Investment Group LLC ("Fortress") in the above-captioned matter. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I submit this declaration in support of Fortress's Opposition to Apple Inc.'s ("Apple") Administrative Motion For Relief From Protective Order.

3. Apple seeks modification of the Protective Order (Dkt. 62-1) so that it can disclose in another litigation documents produced by Fortress in this action. Fortress designated these materials as "Highly Confidential – Attorneys Eyes Only" pursuant to pargarph 2(g) of the Protective Order.

4. Attached as Exhibit A is a true and correct copy of Intel Corporation's Administrative Motion for Relief From Protective Order filed in the matter of *VLSI Technology, LLC v. Intel Corporation,* Case No. 5:17-cv-05671-BLF (N.D. Cal.), Dkt. No. 292.

Executed on January 29, 2021, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Michael D. Harbour*
Michael D. Harbour