1  **IRELL & MANELLA LLP**
   Michael D. Harbour (298185)
2  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
3  Telephone: (310) 277-1010
   Facsimile: (310) 203-7199
4  Email: mharbour@irell.com

5  Counsel for Non-Party
   FORTRESS INVESTMENT GROUP LLC
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 | UNILOC 2017 LLC,              | Case No. 3:19-cv-01905-JD
12 |        Plaintiff,             | **[PROPOSED] ORDER DENYING APPLE'S REQUEST FOR RELIEF FROM PROTECTIVE ORDER**
13 |        v.                     |
14 | APPLE INC.,                   |
15 |        Defendant.             |

1 | Having considered Apple's Administrative Motion For Relief From Protective Order
2 | (Dkt. 292), the motion is hereby DENIED.
3
4 | IT IS SO ORDERED.
5
6 | Dated: _____            _____
7 |                                          Hon. James Donato
                                             United States District Judge
8