1  **IRELL & MANELLA LLP**
   Michael D. Harbour (298185)
2  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
3  Telephone: (310) 277-1010
   Facsimile: (310) 203-7199
4  Email: mharbour@irell.com

5  Counsel for Non-Party
   FORTRESS INVESTMENT GROUP LLC
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 | UNILOC 2017 LLC,        | Case No. 3:19-cv-01905-JD
12 |       Plaintiff,        | **STATEMENT OF RECENT DECISIONS**
13 |       v.                |
14 | APPLE INC.,             |
15 |       Defendant.        |

10912198

| | |
|---|---|
| 1 | Pursuant to Local Rule 7-3(d)(2) and in connection with Fortress Investment Group LLC's |
| 2 | ("Fortress") opposition to Apple Inc.'s ("Apple") Administrative Motion for Relief from |
| 3 | Protective Order (Dkt. 171), Fortress hereby files this Statement of Recent Decisions.  Apple's co- |
| 4 | plaintiff in the antitrust matter, Intel Corporation ("Intel"), recently filed motions to modify the |
| 5 | protective orders in three separate patent infringement litigations involving one of the other |
| 6 | antitrust co-defendants, VLSI Technologies LLC ("VLSI").  In those motions, Intel sought |
| 7 | essentially the same relief that Apple is seeking here, i.e. modification of the protective order so |
| 8 | that it could try to use designated information to support Intel and Apple's amended antitrust |
| 9 | complaint.  The courts in each of those cases decided as follows: |

- In *VLSI Technologies LLC v. Intel Corporation,* C19-cv-977-ADA (W.D. Tex), Judge Albright denied Intel's motion.  A transcript of the February 1, 2021 hearing before Judge Albright is attached as Exhibit 1.  Judge Albright's order denying Intel's motion is on page 17.

- In *VLSI Technologies LLC v. Intel Corporation,* 5:17-cv-05671-BLF (N.D. Cal.), Magistrate Judge Cousins denied Intel's motion.  A copy of this order is attached as Exhibit 2.

- In *VLSI Technologies LLC v. Intel Corporation,* 18-cv-00966-CFC-CJB (D. Del.), Magistrate Judge Burke granted Intel's motion.  A copy of this order is attached as Exhibit 3.

Dated:  February 5, 2021                                     Respectfully submitted,

IRELL & MANELLA LLP


By: */s/ Michael D. Harbour*
*Counsel for Non-Party*
FORTRESS INEVSTMENT GROUP LLC