**IRELL & MANELLA LLP**
Michael D. Harbour (298185)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: mharbour@irell.com

Counsel for Non-Party
FORTRESS INVESTMENT GROUP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC 2017 LLC, | Case No. 3:19-cv-01905-JD |
| Plaintiff, | **SECOND STATEMENT OF RECENT DECISIONS** |
| v. | |
| APPLE INC., | |
| Defendant. | |

Pursuant to Local Rule 7-3(d)(2) and in connection with Fortress Investment Group LLC's ("Fortress") opposition to Apple Inc.'s ("Apple") Administrative Motion for Relief from Protective Order (Dkt. 171), Fortress hereby files this Second Statement of Recent Decisions. Apple recently filed motions to modify the protective order in two other patent infringement litigations—one involving Uniloc 2017 LLC and another involving one of the other codefendants in the antitrust case, IXI IP, LLC ("IXI"). In those motions, Apple sought essentially the same relief that it is seeking here i.e., modification of the protective order so that it could try to use designated information to support an amended antitrust complaint. Both courts denied Apple's motion:

- On February 11, 2021, Judge Gilliam denied Apple's motion to modify the protective order in *Apple Inc. v. IXI IP, LLC et al.,* 4:19-cv-06769-HSG (N.D. Cal.). A copy of this order is attached as Exhibit 1.
- On February 12, 2021, Magistrate Judge Demarchi denied Apple's motion to modify the protective order in *Uniloc 2017 LLC v. Apple Inc.,* case No. 19-cv-01929-EJD (N.D. Cal.). A copy of this order is attached as Exhibit 2.

Dated: February 12, 2021                                  Respectfully submitted,

                                                       IRELL & MANELLA LLP


                                                       By:   */s/ Michael D. Harbour*
                                                            *Counsel for Non-Party*
                                                       FORTRESS INEVSTMENT GROUP LLC